ALLAN LEE SMIDT, Appellant, v. LEO C. DESSAR, Respondent.

Motion for reargument of appeal, or for leave to appeal to the Court of Appeals.

*Wm. C. Reddy*, for motion.

*Burr & De Lacy*, opposed.

*Per Curiam.* The General Term construed the contract without reference to any evidence than its own contents and this was proper, for the writing was free from ambiguity. The plaintiff was to have for trying cases before commissioners forty dollars per case, and defendant guaranteed him two cases per week. If the plaintiff were not able to dispose of two trials per week he could not claim a weekly payment for two cases, for he was not guaranteed the fee independently of the trial. It appears that although he had fifty cases he was only able to finish seventeen in the period of ten weeks covered by the action, for which he has been paid. He has no claim for cases not tried.

Motion denied, without costs.

Present: DALY, Ch. J.; BISCHOFF and PRYOR, JJ.
Motion denied, without costs.